STUDEBAKER LEGAL SERVICES, P.C.
Michael P. Studebaker (USB 10027)
333 2nd Street, Suite 16
Ogden, UT 84404
Telephone: (385) 200-9901
Email: mike@utahadaadvocates.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Sam Burningham,<br><br>   Plaintiff,<br><br>v.<br><br>Chavez Restaurant Lehi<br>*d.b.a.* La Fountain Mexican Restaurant,<br><br>   Defendant. | Case No.: 2:17-cv-00433-CW-DBP<br><br>**NOTICE OF SETTLEMENT**<br><br>Assigned to: Judge Clark Waddoups<br>Referred to: Magistrate Judge Dustin B. Pead |

PLEASE TAKE NOTICE that, Plaintiff, Sam Burningham, and Defendant, Chavez Restaurant Lehi, (collectively the "Parties"), hereby gives notice that the Parties' have resolved and agreed to settle this Action. As a result, the Parties anticipate filing dismissal papers within the next thirty (30) days.

In conformance with DUCiv.R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action to while the Parties finalize the settlement documents.

**RESPECTFULLY SUBMITTED** on this 6th day of September, 2017.

/s/ Michael P. Studebaker
Michael P. Studebaker (USB 10027)
STUDEBAKER LEGAL SERVIES, P.C.
333 2ND Street, Suite 16
Ogden, UT 84404
(385) 200-9901
*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 6th day of September 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record: and e-mailed the same to Defendant as follows:

Peter H. Barlow
STRONG & HANNI
102 S 200 E STE 800
SALT LAKE CITY, UT 84111
(801)532-7080
Email: pbarlow@strongandhanni.com
*Attorney for Defendant*

Andrew D. Day
STRONG & HANNI
102 S 200 E STE 800
SALT LAKE CITY, UT 84111
(801) 532-7080
Email: aday@strongandhanni.com
*Attorney for Defendant*


<u>/s/ Lisa Stamper*</u>
(* *I certify that I have the signed original of this document*
*which is available for inspection during normal business*
*hours by the Court or a party to this action)*