Peter H. Barlow, #7808
Andrew D. Day, #13683
STRONG & HANNI
102 South 200 East, Suite 800
Salt Lake City, Utah 84111
Telephone: (801) 532-7080
Facsimile: (801) 596-1508
pbarlow@strongandhanni.com
aday@strongandhanni.com
*Attorneys for Defendant Chavez Restaurant Lehi, Inc.,
dba La Fountain Mexican Restaurant*

---

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CHAVEZ RESTAURANT LEHI, INC.<br>dba LA FOUNTAIN MEXICAN<br>RESTAURANT,<br><br>　　　　　Defendant. | **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Civil No. 17-cv-00433-CW |

　　　Plaintiff Sam Burningham and Defendant Chavez Restaurant Lehi, Inc. dba La Fountain Mexican Restaurant, by and through respective counsel of record, hereby stipulate that the above-captioned lawsuit, said Plaintiff's Complaint, and all claims contained therein and/or arising therefrom, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full, and that said lawsuit, complaint, and all such claims may be dismissed, with prejudice, on the merits, the parties to bear their own respective costs and fees.

　　　Accordingly, the parties move the Court for an order pursuant hereto, which has been

submitted simultaneously herewith.

DATED this 18th day of September, 2017.

                                          STRONG & HANNI

                                          _/s/ Andrew D. Day_
                                          Peter H. Barlow
                                          Andrew D. Day
                                          *Attorneys for Chavez Restaurant Lehi, Inc., dba La Fountain Mexican Restaurant*

DATED this 18th day of September, 2017.

                                          STUDEBAKER LEGAL SERVICES, P.C.

                                          */s/ Michael P. Studebaker (w/ permission via email)*
                                          Michael P. Studebaker
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day ofSeptember, 2017, a true and correct copy of the foregoing **STIPULATION AND MOTION FOR DISMISSAL WITH PREJUDICE** was served by the method indicated below, to the following:

STUDEBAKER LEGAL SERVICES, P.C.   (X) Electronically Filed and Served
Michael P. Studebaker (USB 10027)   ( ) U.S. Mail, Postage Prepaid
333 2nd Street, Suite 16   (X) Email
Ogden, UT 84404   ( ) Overnight Mail
Telephone: (385) 200-9901   ( ) Facsimile
mike@utahadaadvocates.com
*Attorneys for Plaintiff*

                                                                                 _/s/ Chalise Walsh_____