IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| SAM BURNINGHAM,<br><br>           Plaintiff,<br><br>vs.<br><br>CHAVEZ RESTAURANT LEHI, INC.<br>dba LA FOUNTAIN MEXICAN RESTAURANT,<br><br>           Defendant. | **ORDER OF DISMISSAL<br>WITH PREJUDICE**<br><br>Civil No. 17-cv-00433-CW |

Pursuant to the stipulation and motion of the Parties and good cause appearing now, therefore; IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims contained in the above-captioned matter or arising therefrom, whether alleged or not alleged, pleaded or not pleaded, have been settled, compromised, and resolved in full and said Plaintiff's Complaint and all such claims are hereby dismissed with prejudice on the merits, the parties to bear their own respective costs and fees.

DATED this 25th day of September, 2017.

                                                BY THE COURT

                                                _____
                                                Clark Waddoups
                                                United States District Judge